IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION,

BEN EWING, Individually, and as
Executor of the Estate of His Wife,
Francis Ewing,

        Plaintiff,

v.                              Civil Action Number 2:15-cv-08661

TEI BIOSCIENCES,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

      Pending is TEI's Motion to Dismiss for Failure to State a Claim. [ECF No. 6]. Plaintiff has not responded. In the Motion, TEI seeks dismissal pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted. TEI argues that plaintiffs' complaint fails to allege any facts specific to TEI.

      For reasons appearing to the court, the court **ORDERS** that TEI's Motion to Dismiss is **GRANTED**. No defendants remain, and Clerk is directed to close the case and strike it from the docket.

      The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                            ENTER:   December 18, 2020

                            JOSEPH R. GOODWIN
                            UNITED STATES DISTRICT JUDGE